IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOBY GILES, Individually and as                                                                PLAINTIFF
Class Representative on Behalf of
All Similarly Situated Persons

VS.                                    CASE NO. 06-CV-4105

HUSQVARNA PROFESSIONAL
OUTDOOR PRODUCTS, INC.,
ELECTROLUX PROFESSIONAL
OUTDOOR PRODUCTS, INC. and
SEARS ROEBUCK AND CO.                                                                        DEFENDANTS

## ORDER

Before the Court is a Notice of Voluntary Dismissal Without Prejudice filed on behalf of Plaintiff Toby Giles on March 16, 2007. (Doc. 3). Defendants Husqvarna Professional Outdoor Products, Inc., Electrolux Professional Outdoor Products, Inc., and Sears Roebuck and Co. have not answered or filed motions for summary judgment in this case. Accordingly, Plaintiff is entitled to a voluntary dismissal without prejudice under Fed. R. Civ. P. 41(a). In addition, Fed. R. Civ. P. 23(e) does not limit Plaintiff's ability to exercise this right, since Plaintiff's claims have not been certified as a class action. Therefore, this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of March, 2007.

          /s/Harry F. Barnes
          Hon. Harry F. Barnes
          United States District Judge